Dismissed and Memorandum Opinion filed October 1,
2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00918-CR

____________

 

TOMMY JOE YOUNG, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



On Appeal from the 212th District Court

Galveston County, Texas

Trial Court Cause No. 07CR0694



 

M E M O R
A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because this
Court has not issued an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the
Clerk of the Court to issue the mandate of the Court immediately.

PER CURIAM








Panel
consists of Justices Anderson, Guzman, and Boyce.

Do not
publish C Tex.
R. App. P. 47.2(b).